# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

Charlie Edward Riddle
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Mc Dowell Co. Sheriff Dept, etal
Yancey Co, Sheriff Dept.
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 1:24-cv-00299-MR
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

FILED
ASHEVILLE, NC

DEC 09 2024

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Charlie Edward Riddle
Address: 130 government Drive
City: Morganton  State: NC  Zip Code: 28655
County: Burke Co
Telephone Number: none
E-Mail Address: CEriddle@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Ricky Buchanan
Job or Title: Sheriff McDowell Co
Address: 195 Spaulding Rd
City: Marion  State: NC  Zip Code: 28752
County: McDowell Co, Marion NC
Telephone Number:
E-Mail Address:
[ ] Individual capacity  [x] Official capacity

Defendant No. 2
Name: Lt Chris Taylor
Job or Title: Lt over Drug unit
Address: 195 Spaulding Rd
City: Marion  State: NC  Zip Code: 28752
County: McDowell Co, Marion NC
Telephone Number:
E-Mail Address:
[ ] Individual capacity  [x] Official capacity

Defendant No. 3
Name: Jessie Hicks
Job or Title (if known): Drug unit
Address: 195 Spaulding Rd
Marion     NC     28752
City       State  Zip Code
County: McDowell Co, Marion NC
Telephone Number: unknown
E-Mail Address (if known):

[ ] Individual capacity   [✓] Official capacity

Defendant No. 4
Name: Ford Administration all staff
Job or Title (if known): McDowell Co. Sheriff office
Address: 195 Spaulding Rd
Marion     NC     28752
City       State  Zip Code
County: McDowell Co, Marion NC
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity   [✓] Official capacity

**II.   Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My Rights To Be Free. They put A Locreation Chip in me with out my Consent. I Have Been Handicap av Plowed (iBL an amarican by Both party.?

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under Bivens, explain how each defendant acted under color of federal law. Attach additional pages if needed. Both party. Conspaceyer Together with Marion police Dept. To put A Locat food Chip in Me. Fedal. an State. google acouts. Face Book accounts will show.?

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? Marions NC 28752, when Marion police Dept. Matt Haggin, Rusty Jenkins Had met Sent To Asheville Hostpila an Had A Chip put in me 2021.

B. What date and approximate time did the events giving rise to your claim(s) occur? when every Dope Dealer in McDowell Co. Started Flore me all over The 29th District

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?) My Brothe. The Dasy owers of McDoball Co. The acounts will show My Claim I Have Ben Cought up. inside a Drug Ring. inside the police Dept. The Sherifff Dept. McDowell Co. an yawcey Co,

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Post Dramatic Symber Stress pourvard, Two wrongful Deaths. grel F-lurd. Ag Augie mustis. Dought. Jesse Jane Riddle.

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$ 25,0000 million.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *Charlie Edward Riddle*

Signature of Plaintiff: *Charlie Edward Riddle*
Printed Name of Plaintiff: *Charlie Riddle*

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____

                        *City*          *State*     *Zip Code*

Telephone Number _____
E-mail Address _____