UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00299-MR

| | |
|---|---|
| CHARLIE EDWARD RIDDLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| RICKY BUCHANAN, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on review of the docket in this matter.

Pro se Plaintiff Charlie Edward Riddle ("Plaintiff") filed this action on December 9, 2024, pursuant to 42 U.S.C. § 1983, against several Defendants associated with the McDowell County Sheriff's Office in Marion, North Carolina.[1] [Doc. 1]. The next day, the Clerk mailed Plaintiff copies of the Court's Standing Orders and the docket sheet in this matter to his address of record at the Burke County Jail in Morganton, North Carolina 28655. [12/10/2024 (Court Only) Docket Entry]. On January 3, 2025, this

---

[1] Plaintiff's Complaint is duplicative of his Complaints in Case No. 1:24-cv-00265-MR, which was dismissed for failure to prosecute, and Case No. 1:24-cv-00285, which was dismissed as duplicative of Case No. -265. Plaintiff has appealed both these dismissals.

mail was returned undeliverable. [Doc. 6]. The envelope on return was marked "Not here anymore. Try McDowell County Jail instead." [Id.]. The Clerk, therefore, entered a Notice instructing the Plaintiff that he must notify the Clerk of any changes to his address within 14 days of the Notice and that the failure to do so may result in the dismissal of this action. [1/3/2025 Text-Only Notice]. The Clerk checked the Bureau of Prisons, North Carolina Department of Adult Correction, and McDowell County Jail online inmate locators and was unable to find a new address for the Plaintiff. [1/3/2025 (Court only) Staff Note]. The Clerk, therefore, mailed the Text-Only Notice to Plaintiff's address of record at the Burke County Jail. [See id.].

The deadline to notify the Court of his new address have passed and Plaintiff has failed to comply. The Court will, therefore, dismiss this action without prejudice for Plaintiff's failure to prosecute.

## ORDER

**IT IS, THEREFORE, ORDERED** that this action is **DISMISSED without prejudice.**

The Clerk is instructed to terminate this action.

**IT IS SO ORDERED**.

Signed: February 3, 2025

Martin Reidinger
Chief United States District Judge